UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MG2 CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KATHY BARAN, Director of the California Service Center, U.S. Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-01801-JLR<br><br>[PROPOSED] ORDER |

This cause comes before the Court upon the parties' Stipulation to Stay the Proceedings in this case. Upon consideration of the request and for good cause shown, the Court GRANTS the parties' request to stay proceedings until May 31, 2019.

IT IS SO ORDERED.

DATED: 26 Feb. 2019

HON. JAMES L. ROBART
Senior United States District Judge