The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MG2 CORPORATION, et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>KATHY A. BARAN, et al.<br><br>            Defendants. | No. 2:18-cv-01801-JLR<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs MG2 Corporation and Bharath Raj Kumanan, by and through their attorneys of record, hereby dismiss this action.  This voluntary dismissal is based on the decision by Defendant United States Citizen and Immigration Services, made during the pendency of the stay in this case, approving an extension of the H-1B visa for Mr. Kumanan's job at MG2.

////

////

////

////

////

////

////

////

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - 1
(Case No. 2:18-cv-01801-JLR)
4828-7725-5831v.3 0058967-000114

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 23rd day of May May 2019.

2                                             DAVIS WRIGHT TREMAINE LLP

3

4                                             By *s/ Jeffrey B. Coopersmith*
                                                 Jeffrey B. Coopersmith, WSBA No. 30954
5                                                Michael Reiss, WSBA No. 10707
                                                 Richard M. Rawson, WSBA No. 11159
6                                                David A. Maas, WSBA No. 50694

7
                                              920 Fifth Avenue, Suite 3300
8                                             Seattle, WA  98104-1610
                                              Telephone: (206) 622-3150
9                                             Facsimile:  (206) 757-7700
                                              Email: jeffcoopersmith@dwt.com
10                                                    michaelreiss@dwt.com
                                                      richardrawson@dwt.com
11                                                    davidmaas@dwt.com

12
                                              *Attorneys for Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - 2
(Case No. 2:18-cv-01801-JLR)
4828-7725-5831v.3 0058967-000114

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, I caused the foregoing document to be filed using the CM/ECF system, which will transmit the same to all counsel of record.  Any parties not served via CM/ECF will be served in accordance with the Federal Rules of Civil Procedure.

DATED May 23, 2019.

<span style="margin-left:3em">s/ *Jeffrey B. Coopersmith*</span>
Jeffrey B. Coopersmith, WSBA No. 30954

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL - 3
(Case No. 2:18-cv-01801-JLR)
4828-7725-5831v.3 0058967-000114

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax